## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ADRIANA CASTRO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL  ACTION NO:  5:20-CV-260** |
| | § | |
| **QBE INSURANCE CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## <u>JOINT NOTICE OF SETTLEMENT</u>

Adriana Castro ("Plaintiff") and QBE Insurance Corporation ("Defendant") have reached a settlement in this matter.

Plaintiff and Defendant respectfully request a period of 45 days within which to finalize all settlement documents and to file a Joint Stipulation of Voluntary Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) FRCP.

Respectfully Submitted,

*/s/ Carrie D. Holloway (w/ permission)*
Matthew R. Pearson
State Bar No. 00788173
Carrie D. Holloway
State Bar No. 24028720
mpearson@pearsonlegalpc.com
cholloway@pearsonlegalpc.com

PEARSON LEGAL PC
425 Soledad, Ste. 600
San Antonio, TX 78205
Telephone: (210) 732-7766
Facsimile: (210) 229-9277

**ATTORNEYS FOR PLAINTIFF**

*/s/ Jerrod L. Rinehart*
Carter L. Ferguson
State Bar No. 06909500
Federal I.D. No. 33538
cferguson@belaw.com
Jerrod L. Rinehart
State Bar No. 24060494
Federal I.D. No. 908847
jrinehart@belaw.com

BRACKETT & ELLIS,
A Professional Corporation
100 Main Street
Fort Worth, TX  76102
817.338.1700
817.870.2265 facsimile

**ATTORNEYS FOR DEFENDANT
QBE INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2022, the foregoing *Joint Notice of Settlement* was electronically filed with the Clerk of Court using the CM/ECF system which will provide notice of such filing to all counsel of record.

Matthew R. Pearson                              **Via Electronic Filing**
Carrie D. Holloway
PEARSON LEGAL PC
425 Soledad, Ste. 600
San Antonio, TX 78205
mpearson@pearsonlegalpc.com
cholloway@pearsonlegalpc.com

**ATTORNEYS FOR PLAINTIFF**

DATED this 2nd day of August, 2022

/s/  *Jerrod L. Rinehart*
Carter L. Ferguson
Jerrod L. Rinehart

1425682-v1/14111-026000