# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ADRIANA CASTRO,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 5:20-CV-260** |
| **QBE INSURANCE CORPORATION,** | § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Adriana Castro ("Plaintiff"), and Defendant QBE Insurance Corporation ("Defendant"); and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss with prejudice all claims and all associated relief requested in such claims filed in this case. All costs of court shall be paid by the party incurring same.

Respectfully Submitted,

*/s/ Carrie Holloway (with permission)*
Matthew R. Pearson
State Bar No. 00788173
Carrie D. Holloway
State Bar No. 24028720
mpearson@pearsonlegalpc.com
cholloway@pearsonlegalpc.com

PEARSON LEGAL PC
425 Soledad, Ste. 600
San Antonio, TX 78205
Telephone: (210) 732-7766
Facsimile: (210) 229-9277

**ATTORNEYS FOR PLAINTIFF**

*/s/ Jerrod L. Rinehart*
Carter L. Ferguson
State Bar No. 06909500
Federal I.D. No. 33538
cferguson@belaw.com
Jerrod L. Rinehart
State Bar No. 24060494
Federal I.D. No. 908847
jrinehart@belaw.com

BRACKETT & ELLIS,
A Professional Corporation
100 Main Street
Fort Worth, TX  76102
817.338.1700
817.870.2265 facsimile

**ATTORNEYS FOR DEFENDANT**
**QBE INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2022, the foregoing *Joint Notice of Settlement* was electronically filed with the Clerk of Court using the CM/ECF system which will provide notice of such filing to all counsel of record.

Matthew R. Pearson					**Via Electronic Filing**
Carrie D. Holloway
PEARSON LEGAL PC
425 Soledad, Ste. 600
San Antonio, TX 78205
mpearson@pearsonlegalpc.com
cholloway@pearsonlegalpc.com

**ATTORNEYS FOR PLAINTIFF**

DATED this 8th day of September, 2022

/s/ *Jerrod L. Rinehart*
Carter L. Ferguson
Jerrod L. Rinehart

1442583-v1/14111-026000